# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** F0ID0004
**Officer Name:** Wise
**Officer No.:** 2625

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/19/2025 16:41
**Offense Charged:** FED
**Place of Offense:** Green River Lakes Trailhead

**Offense Description: Factual Basis for Charge**
36 CFR 261.12E - OPERATING VEHICLE WITHOUT VALID LICENSE

**HAZMAT:** ☐

F0ID0004

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Beregi
**First Name:** William
**M.I.:**

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M  ☐ F
Race:  Hair:  Eyes:  Height:  Weight:

### VEHICLE
**VIN:**  **CMV:** ☐

**Tag No.:** 2238097
**State:** WY
**Year:**
**Make/Model:** SUBA/FORESTER
**PASS:** ☐
**Color:** SIL

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0ID0004

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    06/19/2025    while exercising my duties as a law enforcement officer in the              District of      WY

Pursuant to 16USC 551: .

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    06/19/2025
           Date (mm/dd/yyyy)       Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:                         
           Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident